THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSHFORTH CONSTRUCTION CO., INC., d/b/a AP | RUSHFORTH, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a foreign insurance company, *et al.*<br><br>Defendants. | CASE NO. C17-1063 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant James River Insurance Company to answer the complaint (Dkt. No. 20). The motion is GRANTED. James River shall have until September 7, 2017 to respond.

DATED this 16th day of August 2017.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk