THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RUSHFORTH CONSTRUCTION CO., INC., d/b/a AP | RUSHFORTH, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY, a foreign insurance company, *et al.* <br><br> Defendants. | CASE NO. C17-1063 JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' amended stipulated motion to extend the deadline for Defendant Scottsdale Insurance Company to answer the complaint (Dkt. No. 26). The amended motion is GRANTED. Scottsdale shall have until September 7, 2017 to answer the complaint.

//

//

//

//

DATED this 17th day of August 2017.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk