THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RUSHFORTH CONSTRUCTION CO., INC., d/b/a AP | RUSHFORTH, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a foreign insurance company, *et al.*<br><br>Defendants. | CASE NO. C17-1063 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff has filed multiple separate stipulations with individual Defendants extending the deadline to answer the complaint to September 7, 2017. (*See* Dkt. Nos. 20, 22, 26, 29; *see also* Dkt. No. 14.) Rather than continue this piecemeal approach, the Court deems it more efficient and a better use of resources to use one order to extend the deadline for all Defendants. **The deadline to answer the complaint or otherwise respond is hereby EXTENDED to September 7, 2017.**

//

//

1       DATED this 18th day of August 2017.

                                                  <u>William M. McCool</u>
                                                  Clerk of Court

                                                  <u>s/Paula McNabb</u>
                                                  Deputy Clerk

MINUTE ORDER C17-1063 JCC
PAGE - 2