THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RUSHFORTH CONSTRUCTION CO., INC., d/b/a AP \| RUSHFORTH, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY, a foreign insurance company, *et al.* <br><br> Defendants. | CASE NO. C17-1063 JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant Endurance American Specialty Insurance Company to answer the complaint (Dkt. No. 59). The motion is GRANTED. Endurance American Specialty Insurance Company shall have until November 6, 2017 to answer the complaint.

//

//

//

//

1    DATED this 24th day of October 2017.

2                                             William M. McCool
                                              Clerk of Court
3
                                              s/Paula McNabb
4                                             Deputy Clerk

MINUTE ORDER C17-1063 JCC
PAGE - 2