THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RUSHFORTH CONSTRUCTION CO., INC. d/b/a AP | RUSHFORTH, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY, a foreign insurance company, *et al.*, <br><br> Defendants. | CASE NO. C17-1063-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for voluntary dismissal of Defendant Scottsdale Insurance Company pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 66). The Court has reviewed Plaintiff's motion and hereby ORDERS that Defendant Scottsdale Insurance Company is DISMISSED without prejudice and without an award of costs or attorney fees to either party.

//

//

1    DATED this 4th day of December 2017

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1063-JCC
PAGE - 2