UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSHFORTH CONSTRUCTION CO., INC. d/b/a AP │ RUSHFORTH, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a foreign insurance company, *et al.*,<br><br>Defendants. | CASE NO. C17-1063-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court hereby AMENDS its Minute Order dismissing Defendant Mitsui Sumitomo Insurance Company of America (Dkt. No. 69). The phrase "DISMISSED without prejudice" is replaced with "DISMISSED with prejudice," in accordance with the parties' stipulation and proposed order.

//

//

//

//

1 DATED this 18th day of December 2017

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1063-JCC
PAGE - 2