UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSHFORTH CONSTRUCTION CO., INC., | CASE NO. C17-1063-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ARCH SPECIALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff Rushforth Construction Co., Inc. d/b/a AP | Rushforth and Defendants Seneca Specialty Insurance Company, Gemini Insurance Company, and United Specialty Insurance Company have filed a stipulation and proposed order of dismissal (Dkt. No. 113). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and Defendants Seneca Specialty Insurance Company, Gemini Insurance Company, and United Specialty Insurance Company are DISMISSED with prejudice and without an award of costs or attorney fees.

//

//

1         DATED this 15th day of May 2018

2

3                                        <u>William M. McCool</u>
                                       Clerk of Court

4                                        <u>s/Tomas Hernandez</u>

5                                        Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C17-1063-JCC
PAGE - 2