THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSHFORTH CONSTRUCTION CO., INC. d/b/a AP \| RUSHFORTH, a Washington corporation,<br><br>Plaintiff,<br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a foreign insurance company, *et al.*,<br><br>Defendants. | CASE NO. C17-1063-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of settlement of its claims against Defendant Ohio Security Insurance Company (Dkt. No. 118). Accordingly, Plaintiff's pending motion for partial summary judgment (Dkt. No. 107) is hereby STRIKEN. The parties are DIRECTED to submit a proposed order of dismissal upon finalizing the settlement.

//

//

//

//

MINUTE ORDER
C17-1063-JCC
PAGE - 1

DATED this 22nd day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk