THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSHFORTH CONSTRUCTION CO., INC. d/b/a AP │ RUSHFORTH, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a foreign insurance company, *et al.*,<br><br>Defendants. | CASE NO. C17-1063-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff Rushforth Construction Co., Inc. d/b/a AP │ Rushforth ("Rushforth") and Defendant James River Insurance Company ("James River") have filed a stipulation and proposed order of dismissal (Dkt. No. 120). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and Defendant James River is DISMISSED with prejudice and without an award of costs or attorney fees to either party.

//

//

//

1   DATED this 11th day of June 2018

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1063-JCC
PAGE - 2