THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSHFORTH CONSTRUCTION CO., INC. d/b/a AP │ RUSHFORTH, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a foreign insurance company, *et al.*,<br><br>Defendants. | CASE NO. C17-1063-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff Rushforth Construction Co., Inc. d/b/a AP │ Rushforth ("Rushforth") and Defendants Ohio Security Insurance Company and the Ohio Casualty Insurance Company have filed a stipulation and proposed order of dismissal (Dkt. No. 124). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and Defendants Ohio Security Insurance Company and the Ohio Casualty Insurance Company are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

//

//

MINUTE ORDER
C17-1063-JCC
PAGE - 1

1    DATED this 2nd day of July 2018

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk

MINUTE ORDER
C17-1063-JCC
PAGE - 2