THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUSHFORTH CONSTRUCTION CO., INC. d/b/a AP │ RUSHFORTH, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a foreign insurance company, *et al.*,<br><br>Defendants. | CASE NO. C17-1063-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff Rushforth Construction Co., Inc. d/b/a AP │ Rushforth ("Rushforth") and Defendants Arch Specialty Insurance Company and Endurance American Specialty Insurance Company have filed a stipulation and proposed order of dismissal (Dkt. No. 126). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and Defendants Arch Specialty Insurance Company and Endurance American Specialty Insurance Company are DISMISSED with prejudice and without an award of costs or attorney fees to either party. All Defendants have been dismissed in this matter. The Clerk is accordingly directed to close the case.

DATED this 10th day of July 2018

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk